IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
TWENTY-SECOND JUDICIAL CIRCUIT
STATE OF MISSOURI

| | |
|---|---|
| ANN BAITINGER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CHIPPEWA PROPERTIES, LLC, | ) Cause No.: |
| Serve:   Konstantine Botonis | ) |
| Registered Agent | ) Division No.: |
| 5520 Telegraph, Suite 101 | ) |
| St. Louis, MO 63129 | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PETITION FOR DAMAGES**

COMES NOW Plaintiff, Ann Baitinger, by and through counsel, Sauter Sullivan, LLC, and for her Petition for Damages against Defendant, Chippewa Properties, LLC, states as follows:

1. The incident which is the subject of this lawsuit occurred on November 5, 2022 at 4206 Hereford Street, St. Louis, Missouri 63109.

2. Defendant Chippewa Properties owns, maintains and operates an apartment building located at 4206 Hereford Street, St. Louis, Missouri 63109.

3. Venue in this action is proper as the incident which gave rise to this lawsuit occurred within St. Louis City.

4. On or about November 5, 2022, Plaintiff was helping her daughter move materials out of her apartment located at 4206 Hereford Street, St. Louis, Missouri 63109.

5. At all relevant times, Defendant was responsible for leasing, managing, repairing, maintaining, inspecting and operating the 4206 Hereford Street apartment building.

5.  At the above-referenced time and place, Plaintiff was exiting the main door from her daughter's apartment unit and stepped down on to an area of deteriorated pavement, causing her to roll her ankle.

6.  Defendant owned, maintained and/or controlled the area of the deteriorated pavement where Plaintiff rolled her ankle.

7.  The deteriorated pavement was not reasonably safe.

8.  The deteriorated pavement presented a dangerous condition to persons walking on the pavement, including Plaintiff.

9.  Defendant knew, or by the use of ordinary care, should have known of the deteriorated pavement and the danger of injury posed to persons on the pavement, including Plaintiff, but failed to use ordinary care to remedy or warn of the condition.

10. Written notice of this action, including the time and place of injury, the character and circumstance of the injury and a photograph of the dangerous condition and a claim for damages were made to Defendant on or about November 14, 2022.

11. The described incident was a direct and proximate result of the negligence and carelessness on the part of Defendants in failing to exercise the requisite degree of care in one or more of the following respects:

    a.  Defendant failed to properly inspect, maintain and repair its property;

    b.  Defendant failed to properly barricade the deteriorated pavement;

    c.  Defendant failed to adequately warn persons of the danger of the deteriorated pavement; and

    d.  Such other acts and omissions as the evidence will uncover.

12. As direct result of such failure, Plaintiff was caused to sustain injuries, including a displaced fracture to her right ankle.

13. As a direct and proximate result of the aforesaid injuries, Plaintiff was compelled to submit to treatment of physicians, surgeons and therapists and incurred expenses thereby and shall incur further medical expenses in the future because of such injuries.

14. As a direct and proximate result of the aforesaid injuries, Plaintiff sustained a loss of income and will suffer a loss of income in the future, as well as diminished earning capacity.

WHEREFORE, Plaintiff prays for judgment against Defendant Chippewa Properties LLC for an amount that is fair and reasonable in excess of $25,000.00, for pre-judgment interest, for costs, and such other and further relief as the Court deems just and proper.

Respectfully submitted,

**SAUTER SULLIVAN, LLC**

By: /s/ Michael L. Knepper
    Michael L. Knepper, MO Bar #: 59636
    3415 Hampton Avenue
    St. Louis, Missouri 63139
    Telephone #:  314-768-6805
    Facsimile:  314-781-2726
    E-mail:  Mknepper@ss-law.net
    *Attorney for Plaintiff*

3